J. TONY SERRA #32639
SHARI L. WHITE #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
ETHAN STUART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00076-TLN |
| Plaintiff, | STIPULATION AND ORDER ALLOWING TEMPORARY RECONVEYANCE OF PROPERTY POSTED FOR BOND |
| v. | |
| ETHAN STUART, | |
| Defendant.            / | |

IT IS HEREBY STIPULATED by and between the parties that the property currently posted for defendant's bond be temporarily reconveyed for 60 days (from the date of recording of the reconveyance) so that the property owner can refinance said property.  The parties further stipulate that after the refinance is complete, said property will be posted again for Mr. Stuart's bond.

The property is owned by Rachel L. Farrell, and is located at 1889 Fall River Drive, Marysville, California.

Counsel for Mr. Stuart has conferred with Assistant United States Attorney Jason Hitt, who states he had no objection to the temporary reconveyance of the property.

1

Dated:  July 23, 2015

/s/ JASON HITT                          /s/ J. TONY SERRA
JASON HITT                              J. TONY SERRA
Assistant U.S. Attorney                 Attorney for Defendant
                                        ETHAN STUART

### ORDER

Upon the stipulation of the parties and for good cause appearing, IT IS HEREBY ORDERED that the property posted by Rachel L. Farrell to secure bail for defendant ETHAN STUART be temporarily reconveyed for 60 days, at which time the property shall be re-posted.

The Clerk of the Court is ordered to issue the Reconveyance to the owner.

**Dated:  July 27, 2015**

Troy L. Nunley
United States District Judge

2