```
J. TONY SERRA #32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591
```

Attorney for Defendant
ETHAN STUART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-12-0076 TLN |
|     Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO** |
| v. | **RE-POST PROPERTY BOND** |
| ETHAN STUART, | |
|     Defendants.  / | |

IT IS HEREBY STIPULATED by and between the parties that defendant may have until November 15, 2015, to re-post the property owned by Rachel L. Farrell, located at 1889 Fall River Drive, Marysville, California, as security for defendant's bail.

Counsel for Mr. Stuart has conferred with Assistant United States Attorney Jason Hitt, who agrees to this extension of time.

///

///

1

Dated: September 25, 2015

/s/ JASON HITT  
JASON HITT  
Assistant U.S. Attorney

/s/ J. TONY SERRA  
J. TONY SERRA  
Attorney for Defendant  
ETHAN STUART

### ORDER

Upon the stipulation of the parties and for good cause appearing, IT IS HEREBY ORDERED that defendant may have until November 15, 2015, to re-post the property owned by Rachel L. Farrell, located at 1889 Fall River Drive, Marysville, California, as security for defendant's bail.

Dated:  September 28, 2015

Troy L. Nunley  
United States District Judge