```
J. TONY SERRA #32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
ETHAN STUART
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-0076-TLN |
|     Plaintiff, | STIPULATION AND ORDER EXTENDING TIME TO RE-POST PROPERTY BOND |
|   v. | |
| ETHAN STUART, | |
|     Defendant.     / | |

IT IS HEREBY STIPULATED by and between the parties that defendant may have until April 19, 2016, to re-post the property owned by Rachel L. Farrell, located at 1889 Fall River Drive, Marysville, California, as security for defendant's bail.

Counsel for Mr. Stuart has conferred with Assistant United States Attorney Jason Hitt, who agrees to this extension of time.

Dated: February 24, 2016

1

| /s/ JASON HITT | /s/ J. TONY SERRA |
|---|---|
| JASON HITT | J. TONY SERRA |
| Assistant U.S. Attorney | Attorney for Defendant |
| | ETHAN STUART |

### ORDER

Upon the stipulation of the parties and for good cause appearing, IT IS HEREBY ORDERED that defendant may have until April 19, 2016, to re-post the property owned by Rachel L. Farrell, located at 1889 Fall River Drive, Marysville, California, as security for defendant's bail.

Dated: February 24, 2016

_____
Troy L. Nunley
United States District Judge