**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-0076-TLN |
| Plaintiff, | **ORDER CONTINUING HEARING ON McINTOSH MOTION** |
| vs. | |
| ETHAN STUART, | |
| Defendant. | |

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

Defendant ETHAN STUART's Motion for Dismissal (*United States v. McIntosh*) is continued to December 8, 2016.

**IT IS SO ORDERED.**

Dated: September 16, 2016

_____
Troy L. Nunley
United States District Judge