UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-0076-TLN |
| Plaintiff, | |
| v. | **ORDER TO EXONERATE BAIL AND RECONVERY REAL PROPERTY** |
| ETHAN STUART, | |
| Defendant. | |

Upon request of defendant ETHAN STUART, and good cause appearing therefor,

IT IS HEREBY ORDERED bail is exonerated in this matter and that real property posted for bail for Ethan Stuart on June 9, 2016, be reconveyed to the owner, Rachel Farrell, 1889 Fall River Drive, Marysville CA 95901.

Dated: June 23, 2017

_____
Troy L. Nunley
United States District Judge